# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Billy C. Adams,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-03355-PHX DGC<br><br>**ORDER** |
| Joseph S. Ali,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-03357-PHX DGC<br><br>**ORDER** |
| George R. Allen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-03484-PHX DGC<br><br>**ORDER** |
| Jacqueline Z. Allen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02840-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph Anderson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03451-PHX DGC<br><br>**ORDER** |
| Boyd Atchley,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03611-PHX DGC<br><br>**ORDER** |
| Annette Atkinson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03454-PHX DGC<br><br>**ORDER** |
| Luanne K. Aviles,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00621-PHX DGC<br><br>**ORDER** |
| Maureen M. Badnick,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00622-PHX DGC<br><br>**ORDER** |
| Betty Bagley,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03456-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Berby Balthazar,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01097-PHX DGC<br><br>**ORDER** |
| Gary W. Barber,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04064-PHX DGC<br><br>**ORDER** |
| James A. Barker,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03656-PHX DGC<br><br>**ORDER** |
| Timothy A. Barnett,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00198-PHX DGC<br><br>**ORDER** |
| Walter Barnett,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03463-PHX DGC<br><br>**ORDER** |
| Deon Barrett,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04350-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patrick Basior,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00479-PHX DGC<br><br>**ORDER** |
| Perl K. Beety,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01614-PHX DGC<br><br>**ORDER** |
| Trevor R. Benoy,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00433-PHX DGC<br><br>**ORDER** |
| Mark A. Bergnach,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00434-PHX DGC |
| Keven M. Birdine,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04364-PHX DGC<br><br>**ORDER** |
| Samuel D. Black,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03461-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Heather J. Blacketer,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV15-01717-PHX DGC<br><br>**ORDER** |
| Thomas L. Blackwell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04356-PHX DGC<br><br>**ORDER** |
| Sigrid P. Bladen,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00305-PHX DGC<br><br>**ORDER** |
| Timothy D. Blakney,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04334-PHX DGC<br><br>**ORDER** |
| Michelle M. Blythe,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04335-PHX DGC<br><br>**ORDER** |
| Jerry L. Boyd,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03553-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephen L. Brannen,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00504-PHX DGC<br><br>**ORDER** |
| Donald E. Brechbill (Bobbi Brechbill,<br>Personal Representation),<br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00654-PHX DGC<br><br>**ORDER** |
| Lillian M. Brent (Kimberly Hibbs,<br>Personal Representative),<br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04340-PHX DGC<br><br>**ORDER** |
| Cheryl Brocher,<br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04343-PHX DGC<br><br>**ORDER** |
| Bobby Brock,<br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04344-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Eddie R. Bromwich,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03559-PHX DGC<br><br>**ORDER** |
| James Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04345-PHX DGC<br><br>**ORDER** |
| Dale E. Buie,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00518-PHX DGC<br><br>**ORDER** |
| Donna J. Bultema,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00627-PHX DGC<br><br>**ORDER** |
| Phyllis Burrell-Karriem,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04408-PHX DGC<br><br>**ORDER** |
| Ronnie D. Burroughs,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00459-PHX DGC<br><br>**ORDER** |

| James D. Byirt,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03716-PHX DGC<br><br>**ORDER** |
| Charlene Carl,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03464-PHX DGC<br><br>**ORDER** |
| Christina M. Carnes,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00496-PHX DGC<br><br>**ORDER** |
| Christina M. Carnes,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00519-PHX DGC<br><br>**ORDER** |
| Kimberly A. Carpenter,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01735-PHX DGC<br><br>**ORDER** |
| John S. Carter,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03635-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kathleen Centennial,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04568-PHX DGC<br><br>**ORDER** |
| Antoine J. Chery,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03523-PHX DGC<br><br>**ORDER** |
| Jessica C. Clark,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04392-PHX DGC<br><br>**ORDER** |
| Danielle Clayton,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03525-PHX DGC<br><br>**ORDER** |
| Jessie M. Coates,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04396-PHX DGC<br><br>**ORDER** |
| Carlyn M. Coffee,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03457-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20896.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20896) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 18th day of November, 2019.

David G. Campbell
Senior United States District Judge